1

2

Harry E. Douglas IV (SBN 136877)
LAW OFFICES OF HARRY E. DOUGLAS IV
67-782 E. Palm Canyon Drive
Suite B104251
Cathedral City, California 92234
Telephone: (213) 327-6523
Email:  hed4law@gmail.com

3

4

5

6

7

Attorneys for Plaintiff,
Charles A. Bibbs, an individual

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| CHARLES A. BIBBS, an individual, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR: |
| vs. | ) | |
| | ) | 1. COPYRIGHT INFRINGEMENT; |
| AMAZON.COM,INC. A Delaware | ) | 2. FALSE DESIGNATION OF ORIGIN |
| Corporation, and DOES 1 through | ) | ($43(a) Lanham Act Claim); |
| 10, inclusive, | ) | 3. INFRINGEMENT OF RIGHT OF |
| | ) | INTEGRITY |
| Defendants. | ) | 4. UNFAIR COMPETITION (Cal. |
| _____ | ) | Bus.& Prof Code §17200); |
| | ) | 5. ACCOUNTING. |

18

19

<u>DEMAND FOR JURY TRIAL</u>

20

21

22

23

—

24

25

-1-

26

_____
**COMPLAINT**

27

\***

1    Plaintiff, CHARLES A. BIBBS, an individual,(hereinafter

2  "Bibbs"), complains, avers, and alleges as follows:

3                              PARTIES

4  1. P laintiff, Charles A Bibbs (hereinafter referred to as

5  "Bibbs")is a resident of the county of Riverside State of

6  California.

7  2. Plaintiff, Bibbs is an internationally known artist with a

8  distinctive style who has been exhibited in museums throughout the

9  United States and most recently a retrospective exhibit at the

10  Riverside Museum of Art.

11  3.  Plaintiff, Bibbs has a large and avid base of collectors who

12  value his work for its distinctive and authentic stylings which

13  largely focus on the inherent beauty of the African American male

14  and female form.

15  4.  Defendant, Amazon.com, Inc., is a Delaware corporation,

16  admitted and authorized to conduct business in the state of

17  California, and conducts business in the County of Riverside,

18  State of California (Amazon.com Inc. shall be referred to as the

19  "Amazon")

20                     JURISDICTION AND VENUE

21  5. Plaintiff, Bibbs, alleges that jurisdiction in this court is

22  proper under 28 U.S.C. §1338(a), as it is an action arising under

23  Acts of Congress relating to copyrights namely, the Copyright Act

24  of 1976, 17 U.S.C. §101 et seq. and pursuant to the Lanham Act, 15

25                                  -2-

26  _____
                              **COMPLAINT**

27  \***

1   U.S.C §1121. This Court has pendant jurisdiction over the claims

2   arising under state law pursuant to 28 U.S.C. §1338(b).

3   6. Venue is proper in this district pursuant to 28 U.S.C. §1400(a)

4   and 1391 (b) and (c), as the Defendant, Amazon.com, Inc. conducts

5   business in the County of Riverside, State of California, and is

6   therefore subject to personal jurisdiction in this district, and

7   is therefore deemed to reside here for purposes of venue.

8                           FACTUAL BACKGROUND

9   7.          Plaintiff, Bibbs, is an internationally renowned

10  visual artist whose works have been featured in galleries and

11  museums throughout the world, including the California African

12  American Museum, the National Black Arts Festival, the New York

13  International Art Expo and the Tokyo Japan International Fine Art

14  Show. Most recently Bibbs retrospective collection called "Sacred

15  Spaces" was hosted at the Riverside Art Museum from November 3,

16  2023 until March 10, 2024.

17  8. Plaintiff alleges that defendant Amazon is engaged in the

18  business of marketing and distributing consumer products

19  throughout the world including Riverside County, state of

20  California

21                        FIRST CAUSE OF ACTION

22                        (Copyright Infringement)

23

24

25                               -3-

26  _____
                            **COMPLAINT**
    \***
27

9. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 8, inclusive, of the Complaint as though set forth in full.

10. Plaintiff is the sole author and creator of the artworks identified on Exhibit 1, and for which he has registered the copyrights to each image under the United States Copyright Act.

11. Plaintiff maintains and retains sole copyright ownership in each of the respective works, and has not licensed to anyone any rights of reproduction of the identified works.

12. Plaintiff Bibbs typically creates an original art piece, then makes limited additions (50, 100, 250) which are authenticated and signed and numbered by him personally.  Plaintiff alleges that his collectors rely on this authentication to establish that they own a Charles Bibbs Original or Charles Bibbs limited edition.

13.  Plaintiff has become aware that Defendant Amazon has been marketing and selling counterfeit and adulterated duplicates or copies of many of Charles Bibbs artworks.

14.  Plaintiff alleges that he has communicated numerous times with Amazon seeking to have them cease and desist the sales of these infringing images.

15.  Plaintiff further alleges that Amazon has acknowleged that it has infringing artworks on its website, and briefly (from December – January) took down the infringing works including many of those identified in Exhibit 1.  Furthermore, plaintiff alleges that

-4-

\***

1   Defendant Amazon was fully aware of the copyrights of plaintiff in

2   and to the artworks identified in Exhibit 1, and acknowleged the

3   existence of such copyrights in written communication directed

4   towards plaintiff in or about December 2023.  A true and correct

5   copy of a document prepared by Amazon listing copyrights owned by

6   plaintiff Bibbs is attached hereto as Exhibit 2,

7   16. Plaintiff alleges that Defendant Amazon continues to infringe

8   the copyrights of plaintiff by continuing the market, distribute,

9   and sell the infringing artworks. A listing of works authored by

10  plaintiff that were on the Amazon marketplace as of April 4, 2024

11  are attached hereto as Exhibit 3.  Plaintiff alleges that the

12  artworks identified on Exhibit 3 consist of solely a snapshot of

13  counterfeit artworks advertised by Amazon as of April 4, 2024, and

14  that the actual infringing artworks listed for sale changes on

15  virtually a daily basis.

16  17. The conduct of Defendants, and each of them, is willful within

17  the meaning of the Copyright Act.

18  18. As a result of their wrongful conduct, Defendants are liable

19  to Plaintiff for copyright infringement pursuant to 17 U.S.C. §

20  501.  Plaintiffs have suffered, and will continue to suffer,

21  substantial losses, including but not limited to damage to their

22  business reputations and goodwill.

23  19.  Plaintiff is entitled to recover damages, which include their

24  losses and any and all profits Defendant has made as a result of

25

26  ────────────────────────────────────────────────────

-5-

**COMPLAINT**

27  \***

1    its wrongful conduct.  17 U.S.C. § 504.  Alternatively, Plaintiff

2    is entitled to statutory damages under 17 U.S.C. § 504(c).

3    20. In addition, because Defendants' infringement is willful, the

4    award of statutory damages should be enhanced in accordance with

5    17 U.S.C. § 504(c)(2).

6    21.  Furthermore, Plaintiff is entitled to recover its attorneys'

7    fees and costs of suit pursuant to 17 U.S.C. § 505.

8    22. In addition, Plaintiff alleges that Defendant, unless enjoined

9    will continue to advertise, market, distribute, and sell

10    infringing works, which advertising, marketing, distribution and

11    sales of these counterfeit works will lead to continued

12    irreparable harm to plaintiff, and therefore, Plaintiff is

13    requesting this Court enter a preliminary and permanent injunction

14    enjoining defendant Amazon from advertising, marketing,

15    distributing and selling the counterfeit art prints.

16

17    <u>SECOND CAUSE OF ACTION</u>

18    (FALSE DESIGNATION OF ORIGIN – Lanham Act Claim)

19    23. Plaintiff realleges and incorporates by reference each and

20    every allegation contained in Paragraphs 1 through 22, inclusive,

21    of the Complaint as though set forth in full.

22    24.  Plaintiff, at all times mentioned herein, was involved in the

23    business of making, creating, selling and distributing fine art

24    prints utilizing his trade name Charles Bibbs or Charles A Bibbs.

25

26    _____
**COMMPLAINT**

\***

27

25. Plaintiff Bibbs has been a fixture in the arts community for the past 40 years and has accrued substantial goodwill in his name.

26. Plaintiff Bibbs has registered Charles Bibbs as his trademark in the United States Patent and Trademark Office on November 21, 2023, Mark Registration Number 7,221,750. Plaintiff owns the registration which is and continues to be in full force and effect.  Furthermore, plaintiff has also registered the name Charles A. Bibbs as his trademark as well on November 21, 2023, Mark Registration Number 7,221,881. True and correct copies of the Certificates of Registration are attached hereto as Exhibit 4.

27. Plaintiff, Bibbs has used the trademarks, "Charles Bibbs" and "Charles A. Bibbs"  continuously to identify his artistic creations and to market his original artworks and art prints on his own business website.

28.  Plaintiff's name and trademark is used throughout the known world for the identification of art works and art prints created by Charles Bibbs.

29.  Plaintiff is informed and believes and thereon alleges that defendant Amazon has actual or constructive knowledge of the ownership of the tradename, Charles Bibbs, and despite the actual or constructive notice of plaintiff's tradename, defendant Amazon operates a website which uses the name Charles Bibbs to advertise,

_____

**COMPLAINT**

\***

1  market, distribute and sell counterfeit works allegedly

2  attributable to and originating from Charles Bibbs.

3  30. To wit, defendant Amazon has advertised, marketed,

4  distributed, and sold counterfeit art works on its website

5  Amazon.com, and continues to do so as of the filing of this

6  complaint.

7  31. Plaintiff further alleges that defendant, Amazon's continued

8  use of the name Charles Bibbs to advertise, market, distribute and

9  sell counterfeit art prints attributed to Charles Bibbs is likely

10  to cause confusion, mistake, or deception among consumers as to

11  the source, quality, and nature of the goods advertised.

12  32. On or about June 26, 2023, Plaintiff, by letter, advised

13  defendant of plaintiff's ownership of the trademark, and pending

14  registration thereof, and requested defendant to immediately cease

15  and desist from further use of the name Charles Bibbs. Despite

16  this formal letter and numerous direct communications with Amazon,

17  Defendant has failed and refused, and continues to fail and refuse

18  to comply with plaintiff's request. A true and correct copy of the

19  correspondence directed to Amazon to cease and desist use of the

20  name Charles Bibbs is attached hereto as Exhibit 5.

21  33. Plaintiff is informed and believes and thereon alleges that as

22  a proximate result of advantage accruing to defendant's business

23  from plaintiff's nationwide artistic reputation and advertising,

24  sales and consumer recognition, and as a proximate result of the

25

26

27

-8-

**COMPLAINT**

\***

confusion and deceit caused by defendant's wrongful advertising and sale of its good, as hereinabove alleged, defendant has made substantial sales and profits in the amount of no less than $250,000.00.

34.    Plaintiff further alleges that as a result of the pricing of the counterfeit goods bearing the name "Charles Bibbs" at typically 10% or less of the actual value of the true artworks by Charles Bibbs, that plaintiff's artistic reputation has suffered, and continues to suffer irreparable harm and plaintiff has suffered substantial damages in the dimunition of true sales by plaintiff in an amount to be proved at trial.

35. Plaintiff is informed and believes and thereon alleges that unless restrained by this Court, by a preliminary and permanent injunction, defendant will continue to infringe plaintiff's registered trademark, thus engendering a multiplicity of judicial proceedings, and pecuniary compensation will not afford plaintiff adequate relief for the damage to his trademark in the public perception.

<u>THIRD CAUSE OF ACTION</u>

(    Intentional Infringement of Right of Integrity)

36.    Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 35, inclusive, of the Complaint as though set forth in full.

**COMPLAINT**

\***

37. Plaintiff is the author of works of visual art, which he created over the course of his career.  The works consist of art works in different media that are either one of kind original works or are numbered limited addition prints.  Plaintiff alleges that his works are created through a unique process, and each work is signed and numbered with a certificate of authenticity to establish the provenance of the art work.

38. Plaintiff is informed and believes and thereof alleges that Defendant Amazon is advertising, marketing, distributing, and selling obviously adulterated and counterfeit copies of the works which are created by copying a digital image of the original works, and reproduced on cheap paper and/or canvas, and therefore these works are in violation of the plaintiff's right of integrity therein, as set forth in Title 17, Section 106A(a)(3)(A), of the United States Code.

39.  Defendant's willful and intentional sales of intentionally distorted modifications of plaintiff's work is the proximate cause of prejudice to plaintiff's artistic honor and reputation, to plaintiff's damage in the amount of $1,000,000.00

40.  Unless restrained and enjoined by this court, any such continued willful and intentional sale of modified counterfeit copies of the works will cause irreparable injury to plaintiff's artistic honor and reputation in that current collectors will view plaintiff's attestation of a limited number of prints to be false,

\***

and pecuniary compensation will not afford plaintiff adequate relief for the damage thereto.

FOURTH CAUSE OF ACTION

(Unfair Competition [Cal. Bus & Prof. Code §17200])

41.  Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 40, inclusive, of the Complaint as though set forth in full.

42.  Plaintiff alleges that he has been in the business of creating artistic works and placing those works in the stream of commerce worldwide, including specifically in the state of California.

43. Plaintiff further alleges that he has used his name Charles Bibbs continuously throughout his multi-decade career as an artist, and has registered a trademark in his name Charles Bibbs.

44.  Plaintiff is informed and believes that defendant, Amazon, has marketed products, specifically art prints which falsely attribute the origination of such works to Charles Bibbs. Plaintiff is further informed and believes, and thereon alleges that the art prints falsely attributed to Charles Bibbs are cheap and tawdry reproductions of Bibbs artworks manufactured in China, and that such counterfeit reproductions are advertised, marketed, distributed, and sold at a price of 10% or less than the value of the true and authentic works created by Bibbs.

\***

45. Plaintiff alleges that it is a fraudulent and deceptive business practice for defendant, Amazon, to use the name Charles Bibbs, and the trademark name, Charles Bibbs to advertise, market, distribute, and sell, works of art that do not originate from Bibbs, but instead are counterfeit copies manufactured in China.

46.  Plaintiff has suffered economic and reputational damage from the unfair business practices of defendant Amazon; to wit, Plaintiff alleges that he has lost sales of his authentic artworks due to potential customers purchasing the counterfeit images from Defendant Amazon and that his reputation as an artist has been severally damaged as buyers of his authentic original and limited edition prints, are led to believe Bibbs is selling additional copies of the art images that he represented were limited in number.

47. Plaintiff alleges that Defendant Amazon threatens to continue with its unfair business practices, and unless restrained from continuing to falsely advertise art works as originating from Charles Bibbs, that plaintiff will continue to suffer economic and irreparable reputational harm.

<u>FIFTH CAUSE OF ACTION</u>

(Accounting)

48.  Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 47, inclusive, of the Complaint as though set forth in full.

-12-

\***

49. Plaintiff is the creator of the artworks identified in this complaint, and holds the copyrights to such works, and as such each sale by defendant Amazon of infringing works deprives plaintiff Bibbs of monies that rightfully belong to him, although since such sales of counterfeit goods were at only 10% of the price of the authentic works, the greater damage is the lost potential sales of authentic works.

50. Plaintiff alleges, however, that he is entitled to a full accounting of all monies earned from the sales of the counterfeit works, and the total number of items sold of the counterfeit works and works falsely attributed as originating from Charles Bibbs.

    WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

On The First Cause of Action:

    1.   For a judicial determination and order that Plaintiffs
         copyright has been infringed upon by Defendants;

    2.   For an order that Defendants account for and pay to
         Plaintiff for all damages sustained by Plaintiff from
         the infringement of his copyright interest;

    3.   For an enhanced award of statutory damages in accordance
         with 17 U.S.C. § 504(c)(2) due to Defendants willful
         conduct.

    4.   For an award of attorneys' fees and costs of suit
         pursuant to 17 U.S.C. § 505.

\***

On The Second Cause of Action:

5.   For a judicial determination that the designation of
original of the art works listed for sale by Amazon, and
identified herein as originating with Charles Bibb was
false;

6.   For attorney's fees for the necessity of instituting
this action;

7.   For a disgorgement of all profits earned by Defendants,
and each of them, from the exploitation of art works
falsely designated as originating from Charles Bibbs;

8.   For special and enhanced damages pursuant to 15 U.S.C
§1117(a) of three times the amount of profits earned
because the acts of the Defendants, and each of them,
were willful.

On the Third Cause of Action:

9.   For an award of damanges in the amount of $1,000,000 for
infringement of plaintiff's artistic integrity in his
artworks and damage to his professional reputation;

On The Second, Third and Fourth Causes of Action:

10.  For an order requiring Defendants, and each of them, to
show cause, if any, why they should not be enjoined as
set forth below during the pendency of the action;

**COMPLAINT**

\***

1    11. For a temporary restraining order, a preliminary

2       injunction, and a permanent injunction, all enjoining

3       defendants, and each of them from further advertising,

4       marketing, distributing, and/or selling any works

5       designated as originating from Charles Bibbs;

6 On the Fourth Cause of Action:

7    12. For damages in the amount of $2,500,000 for damages due

8       to lost sales by Bibbs and substantial reputational harm

9       due to the unfair and deceptive business practices of

10      defendant;

11 On The Fifth Cause of Action:

12    13. For an accounting of all monies earned from the sales of

13      the counterfeit and infringing art works by defendant;

14 On All Causes of Action:

15    14. For attorney's fees incurred according to proof;

16    15. For all costs incurred;

17    16. For such further and other relief as the court may deem

18      proper.

19 //

20 //

21 //

22 //

23 //

24

25          -15-

26 ———————————————————————————————————————
          **COMPLAINT**
\***

27

1    Demand for a Jury Trial is hereby demanded by plaintiffs

2  pursuant to the Local Rule 38-1 of the Local Rules of Court for

3  the Central of District of California.

4

5  Dated:  April 9, 2024.

6                                      LAW OFFICES OF
                                       HARRY E. DOUGLAS IV

7
   /s/Harry E. Douglas IV
8                                      _____
                                       Harry E. Douglas IV, Esq.
9                                      Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                              -16-
                   _____
26                              **COMPLAINT**
   \***
27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-17-

26 _____
COMPLAINT
27 \***