1  Klaus H. Hamm (SBN 224905)
2  klaus.hamm@klarquist.com
   KLARQUIST SPARKMAN, LLP
3  121 SW Salmon Street, Suite 1600
4  Portland, Oregon 97204
   Telephone: (503) 595-5300
5  Facsimile: (503) 595-5301

6
   Counsel for Defendant
7  AMAZON.COM, INC.

8

9           IN THE UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA

11
   CHARLES A. BIBBS,
12                                    Case No. 5:24-cv-00739-SRM (SPx)
            Plaintiff,
13                                    **NOTICE OF SETTLEMENT**
       v.
14
   AMAZON.COM, INC., a Delaware
15 Corporation, and DOES 1 through 10,
16 inclusive,

17          Defendants.

Plaintiff Charles A. Bibbs and Defendant Amazon.com, Inc. hereby provide notice to the Court that they have reached a settlement that resolves all claims between them and request the Court to stay all case deadlines.

Dated: March 17, 2025

| | |
|---|---|
| /s/ *Harry E. Douglas IV* | /s/ *Klaus H. Hamm* |
| Harry E. Douglas IV (SBN 136877) | Klaus H. Hamm (SBN 224905) |
| hed4law@gmail.com | klaus.hamm@klarquist.com |
| LAW OFFICES OF | KLARQUIST SPARKMAN, LLP |
| HARRY E. DOUGLAS IV | 121 SW Salmon Street, Suite 1600 |
| 67-782 E. Palm Canyon Drive, | Portland, Oregon 97204 |
| Suite B104251 | Telephone: (503) 595-5300 |
| Cathedral City, California 92234 | |
| Telephone: (213) 327-6523 | *Counsel for Defendant* |
| | *AMAZON.COM, INC.* |
| *Counsel for Plaintiff* | |
| *CHARLES A. BIBBS* | |